# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TERRANCE CHRISTOPHER,<br><br>　　　　Defendant. | Case No. 2:14-CR-00274-KJD-CWH<br><br>**ORDER** |

　　　　Before the Court for consideration is the Report and Recommendation (#32) of Magistrate Judge Carl W. Hoffman entered January 23, 2015, recommending that Defendant's Motion to Suppress Evidence for Fourth Amendment Violations (#20) be granted.  Though the time for doing so has passed, no objections to the Report and Recommendation have been filed pursuant to Local Rule IB 3-2.

　　　　The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#32) of the United States Magistrate Judge entered January 23, 2015, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32) entered January 23, 2015, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress Evidence for Fourth Amendment Violations (#20) is **GRANTED**.

DATED this 20th day of February 2015.

_____
Kent J. Dawson
United States District Judge