1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

8
9
10  UNITED STATES OF AMERICA,

11          Plaintiff,                          Case No. 2:14-CR-00274-KJD-CWH

12  v.                                          **ORDER**

13  TERRANCE CHRISTOPHER,

14          Defendant.

15
16          Presently before the Court is Plaintiff's Motion to Dismiss Criminal Indictment (#35).

17  Having read and considered the motion, and good cause being found, the Court grants the motion to

18  dismiss the indictment in accordance with Federal Rule of Criminal Procedure 48(a).

19  **IT IS SO ORDERED.**

20          DATED this 23rd day of February 2015.

21
22
23                                              _____
                                                Kent J. Dawson
24                                              United States District Judge

25
26